OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M $ 00.26⁵
0004279596    NOV 25 2014
MAILED FROM ZIP CODE 78701

11/20/2014
MOZEE, STANLEY ORSON    Tr. Ct. No. W99-02631-R(A)    WR-82,467-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

STANLEY ORSON MOZEE

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL